AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\_\_\_\_\_\*\*\*\*\*\_\_\_\_\_ DISTRICT OF  NEVADA

JOHN ADAM CHAVEZ,

      Petitioner,         JUDGMENT IN A CIVIL CASE
  V.

       CASE NUMBER: **3:07-cv-00224-BES-VPC**

STEFANIE HUMPHREY, et al.,

      Respondents.

\_\_\_ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_\_\_ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**_X_** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that respondents' #11 motion to dismiss is GRANTED and the petition is DISMISSED WITHOUT PREJUDICE.

  December 17, 2008                      **LANCE S. WILSON**
                                                                   Clerk

                                                                     /s/ Kalani Lizares
                                                                     Deputy Clerk